Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 (circled)
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY __ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS DIBLASI,<br><br>   Petitioner,<br><br>   v.<br><br>BEN CURRY,<br><br>   Respondent. | Case No. EDCV 08-0078 MMM(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: July 21, 2008

_Margaret M. Morrow_
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE